# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

|  |  |  |
|---|---|---|
| BILLIE JEROME ALLEN, | : | |
| Petitioner-Appellant, | : | No. 20-3361 |
| v. | : | CAPITAL CASE |
| T. J WWATSON , Warden, | : | |
| Respondent-Appellee. | : | |

## DOCKETING STATEMENT

The District Court had jurisdiction under 28 U.S.C. § 2241, and to give effect to Petitioner-Appellant's privilege of the writ of habeas corpus as guaranteed by Article 1, Section 9, Clause 2 of the United States Constitution.

The judgment being appealed was entered on May 18, 2020. The judgment was a final order disposing of all claims. Mr. Allen filed a motion to alter or amend the judgment on June 15, 2020. The District Court denied the motion on October 9, 2020.

The notice of appeal was filed in the District Court on December 4, 2020. The notice of appeal was timely filed under Fed. R. App. P. 4(a)(1)(B), as Respondent is a United States officer. This Court has jurisdiction under 28 U.S.C. § 1291.

This appeal is a collateral attack on a criminal conviction. Mr. Allen is confined at USP Terre Haute, Terre Haute, Indiana. The current warden is T.J. Watson.

In 1998 in the United States District Court for the Eastern District of Missouri, Mr. Allen was convicted of two counts in connection with the same bank robbery and murder: Count 1 under 18 U.S.C. § 2113(a) & (e) (armed robbery in which a killing occurs) and Count 2 under 18 U.S.C. § 924(c) & (j) (carrying or using a firearm during a crime of violence in which a murder occurs). Mr. Allen was sentenced to life imprisonment without the possibility of parole on Count 1 and to death on Count 2.

The Eighth Circuit affirmed. *United States v. Allen*, 247 F.3d 741 (2001). The Supreme Court granted certiorari and remanded in light of *Ring v. Arizona*, 536 U.S. 584 (2002). *Allen v. United States*, 536 U.S. 953 (2002). On remand, a panel of the Eight Circuit vacated Mr. Allen's death sentence. *United States v. Allen*, 357 F.3d 745 (8th Cir. 2004). The en banc Eighth Circuit subsequently reversed and reinstated the death sentence. *United States v. Allen*, 406 F.3d 940 (8th Cir. 2005), *cert. denied Allen v. United States*, 127 S. Ct. 826 (2006).

On January 8, 2007, Mr. Allen filed a § 2255 petition in the Eastern District of Missouri. The district court denied the petition and denied a certificate of appealability on June 25, 2014. *Allen v. United States*, 2014 WL 2882495. The

2

Eighth Circuit granted a certificate of appealability on one issue but denied relief. *Allen v. United States*, 829 F.3d 965 (8th Cir. 2016).

On April 25, 2016, Mr. Allen submitted and served, and on May 4, 2016, the Eighth Circuit docketed an Application to File Second or Successive Petition Pursuant to 28 U.S.C. § 2255(h). The application argued that, after *Johnson v. United States*, 135 S. Ct. 2551 (June 26, 2015), the crime of violence under 18 U.S.C. § 924(c), for which Mr. Allen was capitally convicted, is unconstitutionally vague, and requested permission to file a second § 2255 petition in the District Court for the Eastern District of Missouri. On July 26, 2016, a split panel of the Eighth Circuit denied the application. *Allen v. United States*, 836 F.3d 894, 894-95 (8th Cir. 2016).

On June 24, 2016, Mr. Allen filed the § 2241 petition at issue in this appeal, raising the same claim for which the Eighth Circuit denied his application to raise a second or successive § 2255 petition in the District Court for the Eastern District of Missouri.

On July 19, 213, Mr. Allen filed a *pro se* petition, pursuant to 28 U.S.C. § 2241, which is currently pending in the United States District Court for the Southern District of Indiana. *Allen v. Warden*, 2:13-cv-00271, ECF Nos. 1, 24 (S.D. Ind. July 19, 2013) and 2:20-cv-00406 ECF No. 2:20-cv-00406 (S.D. Ind. August 4, 2020). That petition asks the court to invalidate his conviction and death

sentence based on an invalid Grand Jury presentment, in violation of the Fifth Amendment. *Id.* On November 20, 2020, undersigned counsel's office was appointed to represent Mr. Allen in that matter. *Id.* at ECF No. 16.

Undersigned counsel's information is as follows: Alexander Kursman, Assistant Federal Defender, Federal Community Defender Office, Eastern District of Pennsylvania, 601 Walnut Street, The Curtis Center, Suite 545 West, Philadelphia, PA 19106. Phone: (215) 928-0520. Alex_Kursman@fd.org.

Respectfully submitted,

/s/ Alex Kursman
Alex Kursman
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520
Alex_Kursman@fd.org

Dated: December 11, 2020

**CERTIFICATE OF SERVICE**

I, Alex Kursman, hereby certify that on this 11th day of December, 2020, I

submitted the foregoing document via the Court's electronic filing system to:

Brian L. Reitz
Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN  46204


/s/ Alex Kursman
Alex Kursman