# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 30, 2020

*By the Court:*

| | |
|---|---|
| No. 20-3361 | BILLIE JEROME ALLEN,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:16-cv-00257-JMS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson |

Upon consideration of the **MOTION TO EXTEND TIME**, filed on December 30, 2020, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The brief and required short appendix of the appellant are due by March 9, 2021.

2. The brief of the appellee is due by April 9, 2021.

3. The reply brief of the appellant, if any, is due by April 30, 2021.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability.  The court's calendar is located at **http://www.ca7.uscourts.gov/cal/argcalendar.pdf**. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).

form name: **c7_Order_BTC**(form ID: **178**)