_____
                         :

BILLIE JEROME ALLEN,             :

          Petitioner-Appellant,    :       No. 20-3361

                         :

          v.                :       CAPITAL CASE

                         :

T. J WATSON, Warden,         :

                         :

          Respondent-Appellee.   :

_____ :

**CORRECTED MOTION FOR VOLUNTARY DISMISSAL
OF APPEAL PURSUANT TO F.R.A.P 42(b)**

Appellant, Billie Jerome Allen, by his attorney Alex Kursman, Assistant Federal Defender for the Eastern District of Pennsylvania, respectfully requests that the Court dismiss the appeal and states in support of this request:

1. In 1998 in the United States District Court for the Eastern District of Missouri, Mr. Allen was convicted of two counts in connection with the same bank robbery and murder: Count 1 under 18 U.S.C. § 2113(a) & (e) (armed robbery in which a killing occurs) and Count 2 under 18 U.S.C. § 924(c) & (j) (carrying or using a firearm during a crime of violence in which a murder occurs). Mr. Allen was sentenced to life imprisonment without the possibility of parole on Count 1 and to death on Count 2.

2. On June 24, 2016, Mr. Allen filed the § 2241 petition at issue in this appeal, raising a claim that, pursuant to *Johnson v. United States*, 576 U.S. 591 (2015) the crime of violence under 18 U.S.C. § 924(c), for which Mr. Allen was capitally convicted, is unconstitutionally vague and therefore Mr. Allen's conviction and sentence should be vacated.

3. Under Rule 42(b), and Circuit Rule 51(f), an appeal may be dismissed upon motion of the appellant upon such terms as may be agreed upon by the parties or fixed by the Court. Appellant is proceeding in forma pauperis and requests that the parties bear the costs.

4. Mr. Allen's acknowledgment of the instant motion for dismissal and consent to dismiss the appeal pursuant to Circuit Rule 51(f) is attached to this motion.

5. On May 5, 2021, undersigned counsel conferred with counsel for Appellees regarding this motion, and counsel for Appellees indicated that they do not object.

WHEREFORE, Billie Jerome Allen, by his counsel, respectfully requests that the Court order Appeal Number 20-3361 be dismissed pursuant to F.R.A.P. 42(b).

Respectfully submitted,

/s/ Alex Kursman
Alex Kursman
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520
Alex_Kursman@fd.org

Dated: May 12, 2021

**CERTIFICATE OF SERVICE**

I, Alex Kursman, hereby certify that on this 12th day of May, 2021, I

submitted the foregoing document via the Court's electronic filing system to:

Carrie Constantin
Assistant United States Attorney
Eastern District of Missouri
111 S. 10th St.
St. Louis, MO 63102

/s/ Alex Kursman
Alex Kursman