# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

BILLIE JEROME ALLEN,

          Petitioner-Appellant,    :    No. 20-3361

    v.                     :    CAPITAL CASE

T. J WATSON , Warden,

          Respondent-Appellee.   :

## ACKNOWLDGEMENT OF ATTORNEY'S MOTION FOR DISMISSAL AND CONSENT TO THE DISMISSAL OF THE APPEAL

I have been informed of my attorney's intention to move to dismiss my appeal.

I concur in my attorney's decision and hereby waive all rights to object or raise any points on this appeal.

*Billie J. Allen*

Billie Jerome Allen
Register no. 26901-044
USP Terre Haute
Special Confinement Unit
P.O. Box 33
Terre Haute, IN 47808