# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 18, 2021

|  |  |
|---|---|
| No. 20-3361 | BILLIE JEROME ALLEN,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent - Appellee |

**Originating Case Information:**

District Court No: 2:16-cv-00257-JMS-MJD
Southern District of Indiana, Terre Haute Division
District Judge Jane Magnus-Stinson

The following are before the court:

1. **CORRECTTED MOTION FOR VOLUNTARY DISMISSAL OF APPEAL PURSUANT TO F.R.A.P. 42(b)**, filed on May 12, 2021, by counsel for the appellant

2. **ACKNOWLEDGEMENT OF ATTONREY'S MOTION FOR DISMISSAL AND CONSENT TO THE DISMISSAL OF THE APPEAL**, filed on May 12, 2021, by counsel for the appellant.

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**    (form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit