# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 18, 2021

To: Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
104 U.S. Courthouse
Terre Haute, IN 47807

|  |  |
|---|---|
| No. 20-3361 | BILLIE JEROME ALLEN,<br>     Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden,<br>     Respondent - Appellee |
| **Originating Case Information:** ||
| District Court No: 2:16-cv-00257-JMS-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                                          no record to be returned

form name: **c7_Mandate**    (form ID: **135**)